IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00648-ZLW-MEH

TIFFANY BATTLE,

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC., a Minnesota corporation,

    Defendant.

_____

## ORDER
_____

    On July 10, 2006, Magistrate Judge Michael E. Hegarty advised this Court that this case has settled.  Therefore, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER settlement papers shall be filed on or before July 26, 2006.  If by that date settlement papers have not been received by the Court, on August 4, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __13__ day of July, 2006.

                                     BY THE COURT:

                                     *Zita L. Weinshienk*
                                     _____
                                     ZITA L. WEINSHIENK,  Senior Judge
                                   United States District Court